IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00696-RM-KLM

NIESHA LEAKS,

    Plaintiff,

v.

MICHAEL GRAVES,

    Defendant.

## MINUTE ORDER

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the parties' **Stipulated Motion for Protective Order** [#16] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#16] is **GRANTED**. Accordingly,

    IT IS FURTHER **ORDERED** that the Protective Order [#16-1] supplied by the parties is **accepted** for filing and entered as an Order of the Court, with interlineations, as of the date of this Minute Order.

    Dated: September 4, 2014