IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00696-RM-KLM

NIESHA LEAKS,

    Plaintiff,

v.

MICHAEL GRAVES,

    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendant's **Unopposed Motion to Amend Scheduling Order and Vacate Pretrial Conference and Related Deadlines** [#37] (the "Motion").  This case is presently stayed until Defendant's early Motion for Summary Judgment [#21] on qualified immunity grounds has been adjudicated.  *Minute Order* [#32].

    IT IS HEREBY **ORDERED** that the Motion [#37] is **GRANTED**.  The deadline to file a proposed pretrial order and the Final Pretrial Conference set for June 18, 2015 at 10:30 a.m. are **VACATED**.

    IT IS FURTHER **ORDERED** that, if the Motion for Summary Judgment is denied, the parties shall file a motion to amend the scheduling order, including resetting the Final Pretrial Conference, **within ten (10) days of the Order adjudicating the Motion for Summary Judgment**.

    Dated:  May 28, 2015