IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00696-RM-KLM

NIESHA LEAKS,

    Plaintiff,

v.

MICHAEL GRAVES,

    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the parties' **Joint Motion for Leave to File Supplemental Briefing** [#40] (the "Motion"). Based on the Tenth Circuit Court of Appeals' recent decision in *McInerney v. King*, No. 13-1490, 2015 WL 3953686 (10th Cir. June 30, 2015), the parties jointly seek to file supplemental briefs in connection with Defendant's pending Motion for Summary Judgment [#21]. Having reviewed the Complaint [#1], the parties' briefing on the Motion for Summary Judgment, and *McInerney v. King*, the Court agrees that supplemental briefs are appropriate. Accordingly,

    IT IS HEREBY **ORDERED** that, **on or before July 16, 2015**, each party may file a supplemental brief of no more than five pages each, exclusive of the certificate of service, solely in order to address the impact of *McInerney v. King* on the present lawsuit. No responses to the supplemental briefs will be permitted.

    Dated: July 2, 2015